# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEBRASKA

| UNITED STATES OF AMERICA, | ) | |
|---|---|---|
| Plaintiff, | ) | 8:15CR20 |
| vs. | ) | ORDER |
| CRISPIN HERRA-HERRA, INES RIVADENEYRA-HERRERA, JOSE CONSOSPO-PEREZ, and JESUS MUNGUIA-AGUILAR, | ) | |
| Defendants. | ) | |

This matter is before the court on the motion for an extension of time by defendant Ines Rivadeneyra-Herrera (Rivadeneyra-Herrera) (Filing No. 53). Rivadeneyra-Herrera seeks an extension of sixty days in which to file pretrial motions in accordance with the progression order (Filing No. 49). Upon consideration, the motion will be granted, and the pretrial motion deadline **will be extended to all defendants**.

**IT IS ORDERED:**

Defendant Rivadeneyra-Herrera's motion for an extension of time (Filing No. 53) is granted. **All defendants in this matter** are given until **on or before June 17, 2015,** in which to file pretrial motions pursuant to the progression order. The ends of justice have been served by granting such motion and outweigh the interests of the public and the defendant in a speedy trial. The additional **time** arising as a result of the granting of the motion, i.e., the time between **April 14, 2015, and June 17, 2015**, shall be deemed **excludable** time in any computation of time under the requirement of the Speedy Trial Act for the reason defendants' counsel require additional time to adequately prepare the case, taking into consideration due diligence of counsel, and the novelty and complexity of this case. The failure to grant additional time might result in a miscarriage of justice. 18 U.S.C. § 3161(h)(8)(A) & (B).

DATED this 14th day of April, 2015.

BY THE COURT:

s/ Thomas D. Thalken
United States Magistrate Judge