# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| Plaintiff, | ) | 8:15CR20 |
| | ) | |
| vs. | ) | ORDER |
| | ) | |
| CRISPIN HERRA-HERRA, | ) | |
| INES RIVADENEYRA-HERRERA, | ) | |
| JOSE CONSOSPO-PEREZ, and | ) | |
| JESUS MUNGUIA-AGUILAR, | ) | |
| Defendants. | ) | |

This matter is before the court on the motion for an extension of time by defendant Ines Rivadeneyra-Herrera (Rivadeneyra-Herrera) (Filing No. 61). Rivadeneyra-Herrera seeks an extension of sixty days in which to file pretrial motions in accordance with the progression order. Rivadeneyra-Herrera's counsel has represented Rivadeneyra-Herrera will file an affidavit wherein he consents to the motion and acknowledges he understands the additional time may be excludable time for the purposes of the Speedy Trial Act. This is Rivadeneyra-Herrera's third request for an extension of the pretrial motion deadline. Co-defendant Jose Consospo-Perez (Consospo-Perez) filed a motion to suppress on April 20, 2015 (Filing No. 57). An evidentiary hearing on such motion was delayed in order to save resources in the event other defendants filed a motion to suppress. Consospo-Perez has objected to any further delay in scheduling an evidentiary hearing. Consospo-Perez's objection has merit. The court will schedule an evidentiary hearing on Consospo-Perez's motion to suppress to commence **at 9:30 a.m. on July 7, 2015**, in Courtroom No. 7, Second Floor, Roman L. Hruska U.S. Courthouse, 111 South 18th Plaza, Omaha, Nebraska. Rivadeneyra-Herrera's motion to extend the pretrial motion deadline will be granted to the extent any such motions **must be filed by June 30, 2015.** Any motion filed must be accompanied by a brief in support of such motion. The government shall have **to on or before June 30, 2015**, in which to file a brief in opposition to Consospo-Perez's motion. Should Rivadeneyra-Herrera file any motion as set forth above, the evidentiary hearing will be held at the same time as that of Consospo-Perez's motion on July 7, 2015. If Rivadeneyra-Herrera files any such motion(s), he shall be present for the hearing along with Consospo-Perez for the evidentiary hearing on July 7, 2015.

**IT IS SO ORDERED.**

**IT IS FURTHER ORDERED** Rivadeneyra-Herrera's motion to extend time to file pretrial motions (Filing No. 61) is granted to the extent set forth above. Consospo-Perez's objection and motion for miscellaneous relief (Filing No. 62) is granted to the extent set forth above.

DATED this 22nd day of June, 2015.

BY THE COURT:

s/ Thomas D. Thalken
United States Magistrate Judge